Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Alan Lachaumette

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Alan Lachaumette<br><br>         Plaintiff<br><br>   v.<br><br>JPMorgan Chase Bank, N.A.<br><br><br><br>         Defendant. | Case No.: 2:19-cv-03222-CBM-JPR<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT JPMORGAN CHASE |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Alan Lachaumette and defendant JPMorgan Chase Bank, N.A., have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiffs anticipate filing a dismissal of JPMorgan Chase Bank, N.A. within 45 days once the settlement is finalized.

                                                           **Gale, Angelo, Johnson, & Pruett, P.C.**

Dated:  December 30, 2019          /s/ *Joe Angelo*
                                                  Joe Angelo
                                                  Attorney for Plaintiff