STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO (State Bar No. 265347)
SHERI GUERAMI (State Bar No. 265231)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone:  310-556-5800
Facsimile: 310-556-5959
Email:    *lacalendar@stroock.com*

Attorneys for Defendant
 JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN LACHAUMETTE,<br><br>           Plaintiff,<br><br>    vs.<br><br>JPMORGAN CHASE BANK, N.A,<br><br>           Defendants. | Case No. 2:19-CV-03222-CBM-JPR<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST JPMORGAN CHASE BANK, N.A.**<br><br>Action Filed:  April 24, 2019 |

1    IT IS STIPULATED AND AGREED, by and between plaintiff Alan Lachaumette ("Plaintiff") and JPMorgan Chase Bank, N.A. ("Chase" and together, with Plaintiff, the "Parties") through their respective counsel:

    1. That the claims asserted by Plaintiff against Chase in this action be dismissed with prejudice; and

    2. The Parties shall bear their own attorneys' fees and costs.

Dated: January 24, 2020

STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO
SHERI GUERAMI

By: */s/ Sheri Guerami*
      Sheri Guerami

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

Dated: January 24, 2020

GALE, ANGELO, JOHNSON, & PRUETT, P.C.
ELLIOT GALE
JOE ANGELO

By: */s/ Joe Angelo*
      Joe Angelo

Attorneys for Plaintiff
ALAN LACHAUMETTE

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 1 -
STIPULATION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT JPMORGAN CHASE BANK, N.A.
CASE NO. 2:19-CV-03222-CBM-JPR

LA 52298544